Prentiss M. BROWN, Administrator, Office of Price Administration, Appellant, v. Thomas J. O'CONNOR and Helen H. O'Connor, Appellees.

No. 10723.

Circuit Court of Appeals, Fifth Circuit.

April 14, 1944.

W. B. Harrell, Regional Litigation Atty., of Dallas, Tex., and David London, Chief Appellate Division, O.P.A., of Washington, D. C., for appellant.

Robert M. Vaughan and Jas. D. O'Connor, both of Dallas, Tex., for appellees.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

For the reasons given in Brown, Administrator, v. El Paso Iron & Metal Co., 5 Cir., 141 F.2d 938, this day decided, the judgment in this case is affirmed, without prejudice, however, to the right of the appellant to renew his application for injunction upon evidence that the violations complained of are continuing.

Arville Emery DE BUSK, Appellant, v. UNITED STATES of America, Appellee.

Robert Wesley FIELDS, Appellant, v. SAME.

Nos. 5211, 5212.

Circuit Court of Appeals, Fourth Circuit.

April 12, 1944.

Thomas H. Stone, of Richmond, Va., for appellants.

George R. Humrickhouse, Asst. U. S. Atty., of Richmond, Va. (H. H. Holt, Jr., U. S. Atty., of Norfolk, Va., and Walkley E. Johnson, Asst. U. S. Atty., of Newport News, Va., on the brief), for appellee.

Before PARKER, SOPER and NORTHCOTT, Circuit Judges.

PER CURIAM.

The judgments in both of these cases will be affirmed on the authority of Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346.

Affirmed.